## BOB MALONE v. STATE.

Nos. A-468, A-469, and A-470.   Opinion Filed May 28, 1910.

(109 Pac. 255.)

*Appeal from Wagoner County Court; W. T. Drake, Judge.*

Bob Malone was convicted of violating the prohibition law, and sentenced to pay a fine of $300 and to be imprisoned in the county jail for a term of 90 days, and he appeals. Appeal dismissed.

*B. J. Beavers,* for plaintiff in error.
*Fred S. Caldwell,* for the State.

PER CURIAM.  No notice of appeal was given by plaintiff in error as provided by section 6949 of Snyder's Comp. Laws Okla.; the record showing only that plaintiff in error, on being sentenced, prayed an appeal, which was allowed.   The state has filed a motion to dismiss the appeal for failure to serve the notices required by law.  Upon the authority of *Ensley v. State, infra,* 109 Pac. 250, the motion is well taken, and will be sustained.

It is therefore ordered that the purported appeal herein be and the same is hereby dismissed, and that a mandate issue directing the county court of Wagoner county to enforce its judgment and sentence herein.